

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00621-CV

**IN RE** Robert **CORLEY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  September 12, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On August 31, 2018, relator filed a petition for writ of mandamus and a motion for an emergency stay. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for an emergency stay is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-02547, styled *Robert Corley v. Century Oaks Land, LLC, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.